**United States Bankruptcy Court**
**for the District of Columbia**

**FILED**
MAY 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re: Jacques deGroote | Case Number: 02-981

Debtor(s)

Plaintiff(s) | Adversary Proceeding Number:
CASE NUMBER: 1:05CV0988
Defendant(s) | JUDGE: ROSEMARY M. COLLYER
DECK TYPE: GENERAL CIVIL
DATE: MAY 17, 2005

TO:   Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 308 | Order Being Appealed: | Judge Teel |
| 307 | Decision | Judge Teel |
| 344 | Order Denying Motion to Amended Order | Judge Teel |
| 352 | Notice of Appeal | Conseil Alain Aboudaram S.A. |
| 218 | Opposition | Conseil Alain Aboudaram |
| 228 | Reply | Debtor |
| 247 | Opposition | Conseil Alain Aboudaram |
| 259 | Opposition | Conseil Alain Aboudaram |
| 260 | Response | Debtor |
| 337 | Opposition | Debtor |
| 252 | Reply | Debtor |

**RECEIVED**

MAY - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Other comments:**

| | |
|---|---|
| 366– Designation of Record | Conseil Alain Aboudaram, S.A. |
| 367–Statement of Issues on Appeal<br>284-Transcript | Conseil Alain Aboudarmm S.A. |

**The parties to the order appealed and their respective attorneys are as follows:**

| **Appellant/Plaintiff** | **Attorney** |
|---|---|
| Conseil Alain Aboudaram, S.A. | James L. Marketos, Esq. |
| **Appellee/Defendant** | **Attorney** |
| Jacques de Groote | Wendelin I. Lipp Esq. |

Denise H. Curtis, Clerk

Deputy Clerk
Doris Caine 565-2514

5/6/05

Please return a copy of this transmittal with the following information:

District Court Case Number:
    Judge Assigned:              [*Affix Label Here*]
      Date Stamp: