UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSEIL ALAIN ABOUDARAM, S.A.,<br><br>         Appellant,<br><br>  - against -<br><br>JACQUES DE GROOTE,<br><br>         Appellee. | Case No. 1:05-CV-00988 (RMC) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for appellant Conseil Alain Aboudaram, S.A., in the captioned bankruptcy appeal and accordingly requests that all papers and notices served in the appeal be served upon him by electronic means or otherwise at the address stated below.

Dated: Washington, D.C.
    May 26, 2005

.

                BERLINER, CORCORAN & ROWE, L.L.P

                Attorneys for Appellant


          By: /s/ Alexander C. Vincent
             Alexander C. Vincent
              D.C. Bar No. 473459

             1101 17th Street, N.W.
             Suite 1100
             Washington, D.C.  20036-4798
             Telephone:  (202) 293-5555
             Fax:  (202) 293-9035
             E-mail:  acv@bcr-dc.com