UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSEIL ALAIN ABOUDARAM, S.A.,

                     Appellant,

- against -

JACQUES DE GROOTE,

                     Appellee.

Case No. 1:05-CV-00988 (RMC)

ORDER GRANTING
APPELLANT'S CONSENT MOTION TO EXTEND
BANKRUPTCY APPELLATE BRIEFING DEADLINES

      Appellant Conseil Alain Aboudaram, S.A. ("CAASA"), by counsel and pursuant to Fed. R. Bankr. P. 8009(a) & 8019 & Fed. R. Civ. P. 6(b)(1), having moved on May 26, 2005, with the consent of Appellee Jacques de Groote ("de Groote") for entry of an order:

      1.    enlarging the time prescribed by Fed. R. Bankr. P. 8009(a)(1) within which CAASA may file its appeal brief to and including June 27, 2005; and

      2.    enlarging the time prescribed by Fed. R. Bankr. P. 8009(a)(2) within which de Groote may file his appeal brief to and including July 18, 2005;

and the Court finding that there is good cause to avoid a conflict in the briefing schedules applicable to the captioned bankruptcy appeal and the D.C. Circuit Appeals,

      IT IS, this ____ day of _____ 2005, hereby

      ORDERED that the time prescribed by Rule 8009(a)(1) within which CAASA may file its appeal brief be, and it hereby is, enlarged to and including June 27, 2005; and it is further

ORDERED that the time prescribed by Rule 8009(a)(2) within which de Groote may file his appeal brief be, and it hereby is, enlarged to and including July 18, 2005; and it is further

ORDERED that CAASA shall file its reply brief, if any, within the time prescribed by Rule 8009(a)(3).

_____
Rosemary M. Collyer
United States District Judge

Copies to:

James L. Marketos, Esq.
Alexander C. Vincent, Esq.
Berliner, Corcoran & Rowe, L.L.P.
1101 17th Street, N.W.
Suite 1100
Washington, D.C.  20036-4798

Wendelin I. Lipp, Esq.
Alan D. Eisler, Esq.
Paley, Rothman, Goldstein, Rosenberg & Cooper, Chtd.
4800 Hampden Lane
Seventh Floor
Bethesda, Maryland  20814-2922