## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSEIL ALAIN ABOUDARAM S.A. )<br>     Appellant )<br> )<br>v. )<br> )<br>JACQUES DE GROOTE )<br>     Appellee. ) | <br><br><br>Case No. 1:05-CV-00988<br>             (RMC)<br> |

## NOTICE OF APPEARANCE

Appellee Jacques de Groote hereby notices the appearance of Stephen Sale, D.C. Bar No. 942243, and John D. Quinn, D.C. Bar No. 267302, of the law firm of SALE & QUINN, P.C., 910 Sixteenth Street, N.W., Fifth Floor, Washington, DC 20006, Telephone: (202) 833-4170, Facsimile: (202) 887-5137 as co-counsel for Appellee.

_____/s/_____
Stephen Sale, Bar # 942243
John D. Quinn, Bar # 267302
SALE & QUINN, P.C.
910 Sixteenth Street, N.W., Fifth Floor
Washington, DC 20006

Telephone: (202) 833-4170 or 872-4713
Facsimile: (202) 887-5137

July 12, 2005