UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSEIL ALAIN ABOUDARAM, S.A.,

                Appellant,

    - against -

JACQUES DE GROOTE,

               Appellee.

Case No. 1:05-CV-00988 (RMC)

ORDER GRANTING
APPELLANT'S MOTION TO STRIKE APPEARANCE OF STEPHEN SALE, ESQ.,
JOHN D. QUINN, ESQ., AND THE LAW FIRM OF SALE & QUINN, P.C.

        Appellant Conseil Alain Aboudaram, S.A. ("CAASA"), by counsel and pursuant to Fed. R. Bankr. P. 8011, having moved on July 14, 2005, for entry of an order striking from the record the appearance of Stephen Sale, Esq., and John D. Quinn, Esq., and the law firm of Sale & Quinn, P.C., on behalf of debtor Jacques de Groote, notice of which was filed July 12, 2005; de Groote having opposed the motion; the Court finding that the bankruptcy court's April 7, 2005, Order Clarifying Authorized Scope of Special Counsel's Employment (Bankr. Docket # 359) does not permit Messrs. Sale and Quinn or their firm to represent de Groote as co-counsel of record in this appeal; and good cause appearing,

        IT IS, this ____ day of _____ 2005, hereby

        ORDERED that the motion be, and it hereby is, in all respects granted; and it is further

        ORDERED that the appearances of Stephen Sale, Esq., John D. Quinn, Esq., and the law firm of Sale & Quinn, P.C., on behalf of debtor Jacques de Groote be, and they hereby

are, stricken from the record of this appeal.

                                        Rosemary M. Collyer
                                        United States District Judge

Copies to:

James L. Marketos, Esq.
Alexander C. Vincent, Esq.
Berliner, Corcoran & Rowe, L.L.P.
1101 17th Street, N.W.
Suite 1100
Washington, D.C.  20036-4798

Wendelin I. Lipp, Esq.
Alan D. Eisler, Esq.
Paley, Rothman, Goldstein, Rosenberg & Cooper, Chtd.
4800 Hampden Lane
Seventh Floor
Bethesda, Maryland  20814-2922

Stephen Sale, Esq.
John D. Quinn, Esq.
Sale & Quinn, P.C.
910 16th Street, N.W.
Fifth Floor
Washington, D.C.  20006-2992