**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONSEIL ALAIN ABOUDARAM, S.A.    )<br>                                                              )<br>              Appellant,                         )<br>                                                              )<br>       v.                                                 )<br>                                                              )<br>JACQUES de GROOTE,                     )<br>                                                              )<br>              Appellee.                          )<br>_____) | Case No. 1:05-CV-00988 (RMC) |

**NOTICE OF APPEARANCE**

Alan D. Eisler and Wendelin I. Lipp, and the law firm of Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, hereby enter their appearance as co-counsel for the Appellee, Jacques de Groote.

                                        PALEY, ROTHMAN, GOLDSTEIN,
                                          ROSENBERG, EIG & COOPER, CHTD.

                                        By:  \_\_\_\_\_/s/\_\_\_\_Alan D. Eisler\_\_\_\_\_
                                              Wendelin I. Lipp, Bar No. 348219
                                              Alan D. Eisler, Bar No. 435054
                                              4800 Hampden Lane, 7th Floor
                                              Bethesda, Maryland  20814-2922
                                              Phone: (301) 656-7603
                                              Fax: (301) 654-0165
                                              Counsel for Appellee