IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSEIL ALAIN ABOUDARAM, S.A. )<br>)<br>      Appellant,    )<br>)<br>v.              )<br>)<br>JACQUES de GROOTE,   )<br>)<br>      Appellee.    )<br>_____) | Case No. 1:05-CV-00988 (RMC) |

**ORDER DENYING APPELLANT'S MOTION
TO STRIKE APPEARANCE OF SALE & QUINN, P.C.**

UPON CONSIDERATION of the Appellant's Motion to Strike Appearance of Stephen Sale, Esq., John D. Quinn, Esq., and the Law Firm of Sale & Quinn, P.C. ("Motion") and the Appellee's Memorandum in Opposition to the Motion ("Opposition");

IT APPEARING that cause exists to deny the Motion; it is hereby

ORDERED that the Motion is denied.

_____
Rosemary M. Collyer, Judge
United States District Court for
the District of Columbia

Dated: _____

Copies to:

Alan D. Eisler, Esquire
Paley, Rothman, Goldstein,
Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD  20814

James L. Marketos, Esquire
Berliner, Corcoran & Rowe, LLP
1101 17th Street, N.W., Suite 1100
Washington, D.C.  20036

Stephen Sale, Esquire
Sale & Quinn, P.C.
910 16th Street, N.W., 5th Floor
Washington, D.C.  20006-2992

Jacques de Groote
1675 34th Street, N.W.
Washington, D.C.  20007

Office of the U.S. Trustee
115 S. Union Street
Suite 210
Alexandria, VA 22314