**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONSEIL ALAIN ABOUDARAM, S.A. )<br>)<br>      Appellant, )<br>)<br>v. )<br>)<br>JACQUES de GROOTE, )<br>)<br>      Appellee. )<br>_____) | Case No. 1:05-CV-00988 (RMC) |

### ORDER VACATING ORDER STRIKING APPEARANCE
### OF SALE & QUINN, P.C.

UPON CONSIDERATION of the Appellee's Motion for Reconsideration of Order Striking Appearance of Sale & Quinn, P.C. ("Motion") and the Appellant's Opposition to the Motion;

IT APPEARING that on March 8, 2006, this court entered an Order striking the appearance of Sale & Quinn, P.C. (the "Order"); and

IT FURTHER APPEARING that cause exists to vacate the Order; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Order is vacated.

 

_____
Rosemary M. Collyer, Judge
United States District Court for
Dated: _____   the District of Columbia

Copies to:

Alan D. Eisler, Esquire
Paley, Rothman, Goldstein,
Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD  20814

James L. Marketos, Esquire
Berliner, Corcoran & Rowe, LLP
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036

Stephen Sale, Esquire
Sale & Quinn, P.C.
910 16th Street, N.W., 5th Floor
Washington, D.C. 20006-2992

Jacques de Groote
1675 34th Street, N.W.
Washington, D.C. 20007

Office of the U.S. Trustee
115 S. Union Street
Suite 210
Alexandria, VA 22314