UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONSEIL ALAIN ABOUDARAM, S.A., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 05-00988 (RMC) |
| ) | |
| JACQUES DE GROOTE, ) | |
| ) | |
| Appellee. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that the appeal filed by Conseil Alain Aboudaram SA ("CAASA") is **DENIED**; and it is

**FURTHER ORDERED** that the bankruptcy court's order disallowing CAASA's claim against the bankrupt estate of Jacques de Groote[1] is **AFFIRMED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


DATE: May 4, 2006             ___/s/_____
                              ROSEMARY M. COLLYER
                              United States District Judge

---

[1] *In re Jacques de Groote*, Case No. 02-981 (Bankr. D.D.C.) (Decision Re Motion for Summary Judgment, Dkt. #307, and Order Granting Motion for Summary Judgment, Dkt. #308, both filed Feb. 23, 2005).